**EXHIBIT D**

FRIDAY, 02 AUGUST 2013     LAZER MOTOR HELMETS     BELGIAN HEADCASE



CYCLING HELMETS

EYEWEAR

 

SNOW HELMETS



HOME    ABOUT US    TECHNOLOGY    PRODUCTS    WHERE TO BUY    MEDIA    TESTIMONIALS    CONTACT US

## LAZER PRODUCTS

ROAD EDITION

URBAN EDITION

  URBANIZE
  KRUX
  **CITYZEN**
  STREET
  STREET DELUXE
  ARMOR
  ARMOR DELUXE
  SWEET

MTB EDITION

SPORT EDITION

LADY EDITION

DOWNHILL & BMX EDITION

KIDS EDITION

ACCESSORIES

## CityZen

  

Citizen Beige     Cityzen Grey Checkered     Cityzen Black

«« Start « Prev 1 Next » End »»

Results 1 - 3 of 3



**LAZER** VIDEO

[Search]

**LAZER** ADVANTAGE

- Unique fabric finis
- Urban cool
- Comfortable shape

**Fit System:**     Multiple thinkness padding
**Construction:**     Fabric covered hard shell
**Ventilation:**     16 vents
**Weight:**     528g (M) CE
**Certification:**     CE - CPSC - AS
**Sizes:**     S/M/L

**LAZER TECHNOLOGIES**

   

Like 24   Tweet 1   0

©2013 LAZER Sport - All rights reserved -
Jobs - Terms of use - Webdesign by Steven Aerts - Contact